HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KEVIN GRAESSER,

    Defendant.

Case No. CR07-5234RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Appointment of Counsel [Dkt. #36]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On August 20, 2007, at the request of the defendant, this Court held a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975). As a result of that hearing, the defendant was permitted to proceed pro se and Steven Krupa, Esq. was appointed as standby counsel. The defendant now wishes to relinquish his pro se status and be represented by Mr. Krupa. That request is **GRANTED**. The defendant is cautioned that the Court will not permit "hybrid representation," that is, the defendant will not be permitted to act as his own attorney for some aspects of the case and rely on Mr. Krupa for others. *See e.g., United States v. Olano,* 62 F.3d 1180, 1192 (9th Cir. 1995).

1  **IT IS SO ORDERED.**

2  Dated this 18th day of March, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2