UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR07-5234RBL |
| Plaintiff, ) | ORDER AUTHORIZING THE PRODUCTION OF CERTAIN MEDICAL RECORDS FROM KING COUNTY JAIL AND THE SEATTLE/KING COUNTY DEPARTMENT OF PUBLIC HEALTH |
| v. ) | |
| KEVIN GRAESSER, ) | |
| Defendant. ) | |

The Government has moved to Request the Production of Certain Medical Records from the King County Jail and Seattle/King County Department of Public Health, in the name of Kevin Graesser, Defendant, in the above-captioned case. Good cause having been shown, now, therefore,

By this ORDER the Court hereby authorizes and directs the King County Jail and the Seattle/King County Department of Public Health to release any and all medical files, examination notes and memoranda, prescription logs, and related materials to the Office of the United States Attorney for the Western District of Washington. The materials should be provided as soon as possible. The records shall only be utilized for this criminal proceeding.

DATED this 26th day of June, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Kurt P. Hermanns*
KURT P. HERMANNS
Assistant United States Attorney

Order to Release Records/Graesser — 1
CR07-5234