# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5234RBL |
| Plaintiff, | ORDER |
| v. | |
| KEVIN GRAESSER, | |
| Defendant. | |

THIS MATTER comes before the above-entitled Court upon Defendant's Motion to Produce Phone Recordings and to Suppress Use of Telephone Recording and Transcript Evidence [Dkt.#107]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Defendant's Motion to Produce Phone Recordings and to Suppress Use of Telephone Recording and Transcript Evidence [Dkt.#107] is DENIED. The Government shall provide Defendant with duplicate copies of the disks containing the King County Jail phone calls in its possession.

IT IS SO ORDERED.

DATED this 19th day of August, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Proposed Order/Graesser — 1
CR07-5234

Proposed by:

  s/ *Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney