Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5234RBL |
| Plaintiff, | |
| v. | ORDER |
| KEVIN LEE GRAESSER, | |
| Defendant. | |

This matter comes before the Court upon the Government's Motion in Limine Concerning Defense Experts. Having considered the Motion, the Court finds and rules as follows:

The Government's motion requesting defendant's disclosure of expert witness reports and summaries of proposed testimony is GRANTED. If the defendant intends to use expert testimony at trial he shall identify his experts and provide reports or summaries of such testimony as required by the criminal rules. Such information shall be provided by SEPTEMBER 4, 2009. Failure to provide such information may result in exclusion of the evidence.

IT IS SO ORDERED this 24th day of August, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Proposed by:

s/ *Kurt P. Hermanns*
KURT P. HERMANNS
Assistant United States Attorney

PROPOSED ORDER - 1
U.S. v. Kevin Graesser (CR07-5234RBL)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800